IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 19-03977 |
| Charissa A Stiefvater | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Carol A. Doyle |

NOTICE OF MOTION

TO:   All Persons and Entities Identified on the Attached Service List

On April 9, 2018 at 10:30 a.m. or soon thereafter as I may be heard, I shall appear before Bankruptcy Judge Carol A. Doyle or any other Bankruptcy Judge presiding at the 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604, and shall request that the Attorney's Application for Compensation be entered, at which time you may appear if so desired.

/s/ *David H. Cutler*
David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie, IL 60076
(847) 673-8600


CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Skokie, Illinois, on March 26, 2019.

/s/ *David H. Cutler*
Attorney for Debtor(s)

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick S. Layng, United States Trustee
219 South Dearborn Street, Suite 873
Chicago, Illinois 60604

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

U.S. Bankruptcy Court
Eastern Division
219 S. Dearborn
7th Floor
Chicago, IL 60604

**Parties Served Via First Class Mail**

Charissa A Stiefvater
2 Delaware Court
Schaumburg, IL 60193

A/R Concepts
18-3 E Dundee Rd
Barrington, Il 60010

Amercred
400 West Lake Street
Roselle, Il 60172

Caine & Weiner
Attn: Bankruptcy
P.O. Box 5010
Woodland Hills, CA 91365

Capital One
15000 Capital One Drive
Richmond, VA 23238

Certified Services Inc.
Attn: Bankruptcy Dept
1300 N Skokie Highway Suite 103a
Gurnee, IL 60031

Chamberlin College
3005 Highland Parkway
Downers Grove, IL 60515

Credit One Bank
Attn: Bankruptcy
P.O Box 98873
Las Vegas, NV 89193

Merchants Credit
223 W Jackson BLVD
Suite 700
Chicago, IL 60606

MidAmerica Bank & Trust Co.
Attn: Bankruptcy
P.O. Box 400
Dixon, MO 65459

Nationwide Credit & Collections Inc.
Attn: Bankruptcy
815 Commerce Drive Suite 270
Oak Brook, IL 60523

Nelnet on behalf of GLHEC
Attn: Claims
P.O Box 82505
Lincoln, NE 68501

Nordstrom
1600 Seventh Ave Suite 2600
Seattle, WA 98101

One Main Financial
Attn: Bankruptcy
601 NW 2nd St.
Evansville, IN 47708

PNC Bank
P.O Box 1397
Pittsburgh, PA 15230-1397

Portfolio Recovery
120 Corporate Blvd
Suite 100
Norfolk, VA 23502

Santander Consumer USA, Inc.
Attn: Bankruptcy
P.O. Box 961245
Fort Worth, TX 76161

Synchrony Bank/Paypal Credit
Attn: Bankruptcy
P.O Box 965060
Orlando, FL 32896

World Acceptance/Finance Corp
Attn: Bankruptcy
P.O. Box 6429
Greenville, SC 29606

LVNV Funding, LLC
Attn Bankruptcy
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

PRA Receivables Management, LLC
P.O Box 41021
Norfolk, VA 23541-1021

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  19-03977 |
| Charissa A Stiefvater | ) | |
| | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| Debtor(s) | ) | |

**ATTORNEY'S APPLICATION FOR CHAPTER 13 COMPENSATION UNDER
THE COURT-APPROVED RETENTION AGREEMENT**
(Use for cases filed on or after April 20, 2015)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) and the **Court-Approved Retention Agreement** executed by the debtor(s) and the attorney, for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**

The attorney and the debtor(s) have entered into the Court-Approved Retention Agreement.

**Attorney Certification:**

The attorney hereby certifies that:
1.  All disclosures required by General Order No. 11-2 have been made.

2.  The attorney and the debtor(s) have either:

    (i) not entered into any other agreements that provide for the attorney to receive:

    a.  any kind of compensation, reimbursement, or other payment, or

    b.  any form of, or security for, compensation, reimbursement, or other payment that varies from the Court-Approved Retention Agreement; or

    (ii) have specifically discussed and understand that:

    a.  the Bankruptcy Code may require a debtor's attorney to provide the debtor with certain documents and agreements at the start of the representation;

    b.  the terms of the Court-Approved Retention Agreement take the place of any conflicting provision in an earlier agreement;

    c.  the Court-Approved Retention Agreement cannot be modified in any way by other agreements; and

    d.  any provision of another agreement between the debtor and the attorney that conflicts with the Court-Approved Retention Agreement is void.

**Compensation sought for services in this case pursuant to the Court-Approved Retention Agreement:**

$ 4,000.00  flat fee for services through case closing

**Reimbursement sought for expenses in this case:**

$ _____   for filing fee paid by the attorney with the attorney's funds

$ _____   for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds (itemization must be attached)

$ _____   Total reimbursement requested for expenses.

**Funds previously paid to the attorney by or on behalf of the debtor(s) in the year before filing this case and not reflected in or related to the Court-Approved Retention Agreement:**

☒ None
A total of  $ _____ .

Date of Application:  3/26/2019           Attorney Signature  /s/ David H. Cutler